# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHANNA BUONO

VERSUS

CLARK L. GLEASON, JR.,
CHARLIE HAMMONDS FLYING
SERVICE, INC., D/B/A
HAMMONDS AIR SERVICE, HOUMA
TERREBONNE AIRPORT
COMMISSION D/B/A HOUMA-
TERREBONNE AIRPORT, AMERICAN
ALTERNATIVE INSURANCE
CENTRAL STATES INDEMNITY
COMPANY OF OMAHA, MITSUI
SUMITOMO INSURANCE COMPANY
OF AMERICA, TOKIO MARINE
AMERICA INSURANCE COMPANY

NO. 2021 CW 1579

DECEMBER 22, 2021

---

In Re:   Shanna  Buono,  applying  for  supervisory  writs,  32nd
Judicial  District  Court,  Parish  of  Terrebonne,  No.
187806.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT